# **EXHIBIT 17**

**From:** Scott Swindler  scott.swindler@cfafranchisee.com
**Subject:** Re: 10% Loan
**Date:** August 7, 2020 at 2:56 PM
**To:** chuckchurch@charter.net



Thank you Chuck,  I would be interested in extending at the 2% if needed.

Scott

> On Aug 7, 2020, at 2:42 PM, "chuckchurch@charter.net" <chuckchurch@charter.net> wrote:
>
>  Scott,
>
> That is correct, all terms would be the same as the current deal, just 24% APR instead of 120%.
>
> You can let us know later, no pressure.
>
> Thanks again for your help and support,
>
> Chuck
> 864-525-1490
>
>
>> On Aug 7, 2020, at 3:36 PM, Scott Swindler <scott.swindler@cfafranchisee.com> wrote:
>>
>> Chuck,
>> Thank you for the update.  To be clear, August will remain at 10% and then we are to consider if September forward we would be interested in the 2%.  I want to be clear on this prior to deciding.
>>
>> Thanks,
>> Scott
>>
>>> On Aug 7, 2020, at 1:56 PM, chuckchurch@charter.net wrote:
>>>
>>> Good Afternoon Investors,
>>>
>>> First, let me apologize for not getting back in touch with several of you.  I asked my sister (Pam Hall) to send an email to update everyone on where we are with the loans, checks, etc.  This month has been extremely busy (like all of you) with a week of family vacation and the past two weeks helping my 89 year old mother-in-law move from Alabama to our neighborhood in South Carolina.  So thankful to our team for keeping everything going in my absence.  I will try to catch up with everyone and everything, thank you for your patience.
>>>
>>> Second, let me thank each one of you again for what continues to be a blessing (your investment) in helping Old South Trading Co., LLC (Brendan Church & Team) supply masks and other PPE to all those who need it!  It has been amazing and the demand keeps growing as states are mandating masks, etc.
>>>
>>> In speaking with Brendan concerning his business, we see the demand growing as margins are shrinking.  As a father, fellow operator and business owner, I am suggesting he explore funding at lower interest rates.  As much as I personally love the interest check each month, it's a large sum of money to pay $1 million dollars per month in interest.  I know we setup this deal and again are extremely grateful, without you there's no way they could have accomplished all they have!
>>>
>>> With that said, after August, he would like to explore lowering the interest rate to 24% per year (2% per month).  He still needs some working capital to continue trying to meet the PPE demand.  He loves the relationship he has with each of you and although it's not the current interest rate, it is still a very good rate.  I don't personally have anything else earning 24% per year.  Please let me know (reply only, not all) if you would consider staying in at 24% APR.
>>>
>>> Please know the business is still healthy and thriving, just wanted to gauge interest on how many would continue loaning money.
>>>
>>> Hope you all are well, safe and thriving.  We all have so much to be thankful for, even during these times.
>>>
>>> Blessings in Christ,
>>>
>>> Chuck
>>> 864-525-1490