# EXHIBIT 23

**From:** chuckchurch@charter.net
**Subject:** Important Message
**Date:** March 12, 2022 at 2:29 PM
**To:** Chuck Church chuckchurch@charter.net

To My Fellow Operators and Families,

Please allow me an opportunity to express my heart-felt apologies to you for being caught up in a frivolous lawsuit that is not final and should never have involved you.

When the pandemic first began, after much thought and a lot of prayer, I reached out to ask for help in the form of loans to meet a nationwide need to supply PPE to hospitals, doctor's offices and as many people as possible, a need that was not being met. What better way to provide for a critical need than getting help from some of the best people on the planet. Old South would provide a great rate of interest, putting money in the hands of generous, servant hearted people who would do a tremendous amount of good! In our mind, a win-win! You all responded with loans, allowing my son/Old South to begin purchasing product to meet this critical PPE need.

From the beginning, Old South has followed through on their commitment to pay you all an extremely fair monthly interest rate. All dealings have been forthright and in the best interests of keeping Old South healthy and to protect the Operator community!

Due to the ongoing dispute, the attorneys involved have asked me to refrain from saying anything about the case. I believe it's ok to share, we are looking forward to resolving this as soon as possible while keeping you all our top priority.

Due to the legal actions currently taking place, the principal received from everyone is being frozen according to attorney recommendations. Please know that the interest payments will continue as normal. Let me emphatically state that your money is safe and will be returned later in stages to everyone involved.

Here is our ask of you, please give us two weeks to come back with more details from the attorneys, hopefully that all involved with loans will be dismissed. I can't promise that, but it is being discussed now. If you want to speak with the attorney involved, Sarah Spruill was mentioned in the email sent last night. If you can wait the few weeks, this might be over for everyone.

Lastly, I know this was never in any of our thoughts when we got involved with loaning money. I totally understand, this makes us all nervous and some of you just want to get out. My personal ask is that we all just give the attorneys time to do their part, knowing that we will do everything humanly possible to live up to our end of the agreement with each of you.

I leave asking for your prayers, because I know God is still in control, even through the storms. My life verse is **Romans 8:28,** ***"And we know that God causes everything to work together for the good of those who love God and are called according to His purpose for them."*** Praying that we all can stand on that verse!

Blessings in Him,

Chuck