# **EXHIBIT 25**

**From:** Anthony Johnson <Tony@cfaellisville.com>
**Sent:** Monday, May 30, 2022 9:49 PM
**To:** Brendan@oldsouthtrade.com
**Subject:** 5J's Holding LLC

Hello Brendan,

I hope this message finds you well.  I am reaching out to you regarding 2 p=omissory notes which I hold, for a total of 200K.   I am sending you this =otice that I will be pulling these retirement funds back into 5J's=Holdings to be distributed back to the original 5 retirement plans which f=nded them.  It has been a pleasure to work with you and I wish Old South T=ading nothing but success in the future.  I would like the have the funds =eturned by July 15th to allow time to have them distributed to the Roth IR=S and 401Ks that hold them.  Thanks again.  Please reach out if you have a=y questions.

Thanks in advance

Tony Johnson=

| | |
|---|---|
| **From:** | Anthony Johnson <Tony@cfaellisville.com> |
| **Sent:** | Saturday, June 4, 2022 8:49 AM |
| **To:** | Brendan@oldsouthtrade.com |
| **Cc:** | Chuck Church |
| **Subject:** | Re: 5J's Holding LLC |

Hello Brendan/Chuck,

Im following up on my email from May 30th. Apparently I have not been copie= on all of the emails you have been sending to some operators so I was not=fully  aware of the pending lawsuits others have been named in withOld Sou=h Trading Company.  A search of 5J's Holding LLC would have reveal=d the actual funds are held by 7 partners and owned by 401K plans and IRA=E2��s.  I reached out to the legal counsel who set up the Holding Comp=ny and will be assisting with the dissolution and I am sending a follow up=email to you to confirm a few questions.  First, to my knowledge this plan=has never been served with any notice of litigation, and to confirm 5J�=80�s Holding is not a litigant in the lawsuit.  Per the terms of the pro=issory note, will you be returning the funds by July 15th.  Again, these a=e not my personal funds.  These funds need to be redistributed to the orig=nal owner plans as the structure will be dissolved as others are removing =heir funds.  Please advise as I will need to informed the law firm assisti=g with this matter as well as the owners for the retirement plans who fund= are also being held.   Thanks in advance.

Please call me with any questions, I would like a direct response.

Tony

636-891-5442

> On May 30, 2022, at 9:49 PM, Tony <Tony@cfaellisville.com> wrote:
>
> Hello Brendan,
>
> I hope this message finds you well.  I am reaching out to you regarding 2=promissory notes which I hold, for a total of 200K.  I am sending you thi= notice that I will be pulling these retirement funds back into 5J�=99s Holdings to be distributed back to the original 5 retirement plans whi=h funded them.  It has been a pleasure to work with you and I wish Old Sou=h Trading nothing but success in the future.  I would like the have the fu=ds returned by July 15th to allow time to have them distributed to the Rot= IRAS and 401Ks that hold them.  Thanks again.  Please reach out if you ha=e any questions.
>
> Thanks in advance
>
> Tony Johnson

1