UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| 5J'S HOLDING, LLC, *et al.*, | ) |
| | ) |
|    Plaintiff(s), | ) |
| | ) |
| v. | )    No. 4:22CV00858 JAR |
| | ) |
| OLD SOUTH TRADING CO., LLC, | ) |
| *et al.*, | ) |
| | ) |
|    Defendant(s) | ) |

## CLERK'S ENTRY OF DEFAULT

    This matter is before the Clerk of Court on Plaintiffs' Motion for Entry of Clerk's Default against Defendant Old South Trading Co., LLC [ECF No. 98] pursuant to Fed.R.Civ.P. 55(a). The record reflects service of summons upon defendant on September 16, 2022. Counsel entered an appearance on behalf of said defendant and the Court granted counsel's withdrawal on August 8, 2023, and ordered defendant to obtain counsel within fourteen days of that Order [ECF No. 93]. Defendant Old South Trading Co., LLC, failed to obtain counsel and the Court struck defendant's pleadings [ECF No. 95], including a pending Motion to Dismiss.

    Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Clerk's Default against Defendant Old South Trading, Co., LLC [ECF No. 98] is GRANTED and the default of said defendant is hereby entered.

   Dated this 13th day of November, 2023.

_____
Lori Miller Young
Chief Deputy Clerk